**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2293

THOMAS B. BURCH,

Appellant,

versus

ROBERT R. DUNN, Chapter 11 Trustee,

Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:05-cv-00240; 04-03236)

Submitted: May 31, 2007                    Decided: June 4, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas B. Burch, Appellant Pro Se. Lawrence E. Behning, KENNEDY, COVINGTON, LOBDELL & HICKMAN, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Burch appeals from the district court's order affirming the bankruptcy court's orders denying his motion for reconsideration of the entry of default, reinstating the entry of default, and granting default judgment in favor of the Chapter 7 Trustee on the Trustee's complaint alleging fraudulent and preferential transfers. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm for the reasons stated by the district court. Burch v. Dunn, Nos. 3:05-cv-00240; 04-03236 (W.D.N.C. Nov. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                        AFFIRMED